JOHN W. HUBER, United States Attorney (#7226)
J. DREW YEATES, Assistant United States Attorney (#9811)
LYNDA R. KRAUSE, Assistant United States Attorney (#7433)
Attorneys for the United States of America
185 South State Street, Suite 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. AARON BRADLEY JEREB, Defendant. | Case No. 2:15-CR-610  UNITED STATES' NOTICE OF INTENT TO RELY ON EXPERT TESTIMONY  Judge Tena Campbell |
|---|---|

The United States Attorney, by and through the undersigned Assistant United States Attorney, in compliance with its obligations under Federal Rule of Criminal Procedure 16(a)(1)(G), hereby submits the United States' notice of intent to rely on expert testimony. The following is a non-exhaustive list of witnesses the government anticipates will give expert testimony during the course of trial.

1.  **Jeff Nolte, Digital-Ally, Inc. -**

Statement of Qualifications

A statement of qualifications will be provided to the defendant upon receipt by the United States Attorney's Office.

Proposed Testimony of Jeff Nolte

1

Mr. Nolte will testify about the video recorder used in this case – the Digital Ally Model DVM-750. Mr. Nolte's testimony will be based upon his knowledge, experience, training, and technical familiarity with the DVM-750. Mr. Nolte will testify that each video file is limited to a maximum size of approximately two gigabytes. Mr. Nolte will also testify about the settings of the DVM-750 and how those settings determine how the recording device will respond when the two gigabyte maximum size is reached. Finally, Mr. Nolte will opine as to the cause of the video ceasing recording. An operations manual for the DVM-750 was previously disclosed to the defendant. The testimony will help the trier of fact better understand the evidence and enable the jury to better determine a fact in issue.

2. **Sgt. Wendell Nope, Utah Police Officers Standards and Training -**

Statement of Qualifications

Mr. Nope's curriculum vitae is attached hereto.

Proposed Testimony of Mr. Nope

Mr. Nope may be called to offer his opinion relating to the behavior of the canine in this case. Mr. Nope's opinion will be based upon his training, experience, and upon consideration of the evidence and testimony at trial.

3. **Officer Darren Schiedel, United States Forest Service -**

Statement of Qualifications

A statement of qualifications will be provided to the defendant upon receipt by the United States Attorney's Office.

Proposed Testimony of Darren Schiedel

Officer Schiedel will be called primarily as a fact witness and victim of the crime alleged in Count 1 of the indictment. However, during the course of his testimony he may be

asked to share an opinion based upon his knowledge, skill, experience, training, and education as they relate to his work as a canine handler and his experience in drug interdiction. Officer Schiedel's specialized knowledge about law enforcement canines will help the trier of fact understand the evidence and make factual determinations. Officer Schiedel's work in drug interdiction qualifies him to opine concerning his recognition and identification of illicit substances and drug paraphernalia.

4. **Special Agent Kenneth Wallentine, Utah Attorney General Investion Division -**

Statement of Qualifications

Agent Wallentine's curriculum vitae is attached hereto.

Proposed Testimony of Dr. Peters

As a certified Taser instructor, Agent Wallentine has specialized knowledge about the use of Tasers (and similar devices) by law enforcement officers. Agent Wallentine's expertise and opinions will help the trier of fact understand the evidence and make factual determinations.

The government reserves the right to call additional experts during the course of the trial, as the need arises and after proper notice, as the evidence develops.

RESPECTFULLY SUBMITTED April 11, 2016.

                                        JOHN W. HUBER
                                        United States Attorney

                                        J. DREW YEATES
                                        Assistant United States Attorney